IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHENGDU SANCAIHE TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | Case No. 24-cv-02953<br><br>Judge John Robert Blakey<br><br>Magistrate Judge M. David Weisman |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs" or "Spin Master") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants") based upon Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiffs a temporary

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

restraining order against Defaulting Defendants which included an asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court further finds that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its [infringing] goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A,* 192 F. Supp. 3d 924, 934 (N.D. Ill. 2016). Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States,

including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of the federally registered RUBIK'S trademarks (the "RUBIK'S Trademarks") to residents of Illinois. A list of RUBIK'S Trademarks is included in the chart below. *See* [17], Exhibit 2 to the Declaration of Susanne Teixeira [16] at ¶ 18; [16].. In addition, Plaintiff's screenshot evidence confirms that each Seller Alias does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois. *Id.* Moreover, each of the Seller Aliases have in fact shipped counterfeit goods to Illinois. *Id.*

| Registration Number | Trademark |
|---|---|
| 1,242,974 | RUBIK'S CUBE |
| 1,265,094 | |
| 7,033,371 | RUBIK'S |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are

deemed in default and that this Final Judgment is entered against Defaulting Defendants.

    IT IS FURTHER ORDERED THAT:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the RUBIK'S Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Rubik's product or not authorized by Plaintiffs to be sold in connection with the RUBIK'S Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Rubik's product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under the RUBIK'S Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing RUBIK'S Trademarks and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the RUBIK'S Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Wish US Holdings LLC ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the RUBIK'S Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred

5

thousand dollars ($500,000) for willful use of counterfeit RUBIK'S Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, DHgate, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to

Plaintiffs the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiffs have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Susanne Teixeira, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiffs identify any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Susanne Teixeira and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one hundred and one thousand dollar ($101,000) surety bond posted by Plaintiff is hereby released (along with any interest earned thereon) to Plaintiffs or their counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel (along with any interest earned on the bond).

This is a Final Judgment.

Dated: August 28, 2024

                                              Entered:

                                              John Robert Blakey
                                              United States District Judge

**Spin Master Ltd., and Spin Master Toys UK Limited v. Chengdu Sancaihe Technology Co., Ltd., et al. - Case No. 24-cv-02953**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No. | URL | Name / Seller Alias |
| 1 | cdtrinity.en.alibaba.com | Chengdu Sancaihe Technology Co., Ltd. |
| 2 | magicinnovate.en.alibaba.com | Dongguan Mochuang Supply Chain Management Co., Ltd. |
| 3 | qifeng888.en.alibaba.com | Dongguan Qifeng Electronic Technology Co., Ltd. |
| 4 | sanzonapparel.en.alibaba.com | Dongguan Sanzon Technology Co., Ltd. |
| 5 | xunyuan66.en.alibaba.com | Fujian Quanzhou Xunyuan Trading Co., Ltd. |
| 6 | gdmeibaoer.en.alibaba.com | Guangdong Meibaoer Biological Manufacturing Co., Ltd. |
| 7 | cheges.en.alibaba.com | Guangzhou Chegeshi Auto Accessories Co., Ltd. |
| 8 | pingdi8888.en.alibaba.com | Guangzhou Pingdi Technology Co., Ltd. |
| 9 | xingmanyin.en.alibaba.com | Guangzhou Xingmanyin Cultural Innovation Co., Ltd. |
| 10 | tuancu.en.alibaba.com | Hebei Tuancu Arts and Crafts Manufacturing Co., Ltd |
| 11 | tddindustrial.en.alibaba.com | Huizhou City Tianduoduo Industry Co., Ltd. |
| 12 | hzyishangs.en.alibaba.com | Huizhou Yishang International Trade Co., Ltd. |
| 13 | jeneey.en.alibaba.com | Jeneey International Trade Co., Ltd. |
| 14 | jinheplastic.en.alibaba.com | Nantong JH Plastic Product Co., Ltd. |
| 15 | gloryhome.en.alibaba.com | Ningbo Glory King Imp&Exp Co., Ltd. |
| 16 | sjzounis.en.alibaba.com | Ounis (shijiazhuang) Import & Export Co., Ltd. |
| 17 | dropcrystal.en.alibaba.com | Pujiang Jingni E-Commerce Co., Ltd. |
| 18 | aibangint.en.alibaba.com | Shantou Aibang Trading Co., Ltd. |
| 19 | milagrotoys.en.alibaba.com | Shantou Chachi Toys Co., Ltd. |
| 20 | yikentoys.en.alibaba.com | Shantou Chenghai Yiken Toys Factory |
| 21 | cnkingworldtoy.en.alibaba.com | Shantou King World Toys Trading Co., Ltd. |
| 22 | pctoys.en.alibaba.com | Shantou Pinchi Toys Co., Ltd. |
| 23 | xhttoys.en.alibaba.com | Shantou Xin Hong Tai Trade Co., Ltd. |
| 24 | shengpailighting.en.alibaba.com | Shengpai Lighting Technology (Zhongshan) Co., Ltd. |
| 25 | buybay.en.alibaba.com | Shenzhen Buybay Technology Co., Ltd. |
| 26 | equantu.en.alibaba.com | Shenzhen Equantu Technology Co., Ltd. |
| 27 | huamj03.en.alibaba.com | Shenzhen Huaming Jun Rubber Co., Ltd. |
| 28 | jontop.en.alibaba.com | Shenzhen Jon Jewelry Co., Ltd. |
| 29 | szmino.en.alibaba.com | Shenzhen Minuo Household Products Co., Ltd. |
| 30 | DISMISSED | DISMISSED |

| 31 | uronndecor.en.alibaba.com | Shenzhen Xing Qiu Yan Technology Co., Ltd. |
|---|---|---|
| 32 | uu88.en.alibaba.com | Shenzhen Youyizu Industry Co., Ltd. |
| 33 | felen.en.alibaba.com | Tianjin Feilin Technology Co., Ltd. |
| 34 | xylighter.en.alibaba.com | Wenzhou Xinyu Imp & Exp Co., Ltd. |
| 35 | xmbxyt.en.alibaba.com | XIAMEN BOXU SUPPLY CHAIN MANAGEMENT CO.,LTD |
| 36 | senden.en.alibaba.com | Xiamen Senden Trade Co., Ltd. |
| 37 | sincerity-home.en.alibaba.com | Xiamen Sincerity Trading Co., Ltd. |
| 38 | xmsyl.en.alibaba.com | Xiamen Sylvan Industry And Trade Co., Ltd. |
| 39 | ywhuayao.en.alibaba.com | Yiwu Huayao E-Commerce Co., Ltd. |
| 40 | ywjunjin.en.alibaba.com | Yiwu Junjin Trading Co., Ltd. |
| 41 | leiteming.en.alibaba.com | Yiwu Learning Electronic Co., Ltd. |
| 42 | leiyuefactory.en.alibaba.com | Yiwu Leiyue E-Commerce Firm |
| 43 | yiwubeishang.en.alibaba.com | Yiwu Pason Crafts Co., Ltd. |
| 44 | ywruiguan.en.alibaba.com | Yiwu Ruiguan Trading Co., Ltd. |
| 45 | sangor.en.alibaba.com | Yiwu Sangor Import And Export Co., Ltd. |
| 46 | gardencousine.en.alibaba.com | Yiwu Shixu Kitchen Supplies Co., Ltd. |
| 47 | ywxingchuan.en.alibaba.com | Yiwu Xingchuan Electronic Commerce Co., Ltd. |
| 48 | veagle.en.alibaba.com | Yiwu Xunying Import And Export Co., Ltd. |
| 49 | ywzkmy.en.alibaba.com | Yiwu Zhongkai Trading Co., Ltd. |
| 50 | xybabytoy.en.alibaba.com | Yunhe County Xing Ying Toy Factory |
| 51 | ynkln.en.alibaba.com | Yunnan Culinan Import And Export Co., Ltd. |
| 52 | summerflora.en.alibaba.com | Yunnan Summer Flora Co., Ltd. |
| 53 | tongyuanclock.en.alibaba.com | Zhangzhou Tongyuan Electronic Co., Ltd. |
| 54 | xuezhang.en.alibaba.com | Zhejiang Xuezhang Network Technology Co., Ltd.Multispecialty supplier1 yrCN |
| 55 | zzsense.en.alibaba.com | Zhengzhou Sense Technology Co., Ltd. |
| 56 | zkyj88.en.alibaba.com | Zhongke Yunjiao (guangzhou) Technology Co., Ltd. |
| 57 | amazon.com/sp?seller=A22FXWFM0LP4WP | anshizen |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A1M9JM4LHQBK8O | CanYuMeng |
| 60 | amazon.com/sp?seller=A2NOXNK2Z3XHTT | CHENCHEN |
| 61 | amazon.com/sp?seller=ALSMNYAQ2VUMZ | ESTARTSHOP |
| 62 | amazon.com/sp?seller=A3L2H271DKM5DW | guchengxianyunqingshangmaoyouxiangongsis |
| 63 | amazon.com/sp?seller=A230884F4LV4TY | HAOFA |
| 64 | amazon.com/sp?seller=A1CCB3OUSKD0T | kunmingyanggoushangmaoyouxiangongsipanyawei |
| 65 | DISMISSED | DISMISSED |
| 66 | DISMISSED | DISMISSED |
| 67 | amazon.com/sp?seller=A12O3NC1STJEAM | LiaoJingJing |
| 68 | DISMISSED | DISMISSED |
| 69 | amazon.com/sp?seller=A3RIWIOR6MC03P | LuckXmas |

| | | |
|---|---|---|
| 70 | amazon.com/sp?seller=A2JNWX19KYK1R1 | MaJingBingUS |
| 71 | DISMISSED | DISMISSED |
| 72 | DISMISSED | DISMISSED |
| 73 | amazon.com/sp?seller=A23YAXVNLGIAN3 | Pengjunshop |
| 74 | amazon.com/sp?seller=AAURF7MFEQB7O | ruinankeji |
| 75 | amazon.com/sp?seller=A1EB4U0JL4PGPN | SALEPO |
| 76 | DISMISSED | DISMISSED |
| 77 | amazon.com/sp?seller=A1ASSZLX8YUNR0 | shiliehaishangmao |
| 78 | amazon.com/sp?seller=A2ARRO2F8UVWH2 | Shranji kiana ko |
| 79 | amazon.com/sp?seller=A2PO8Z2PX62RYE | suyabaihuosjsh |
| 80 | amazon.com/sp?seller=A1N1TAJ33FVA8K | taiyuanyiwenmaoyiyouxiangongsi |
| 81 | amazon.com/sp?seller=AWZB025YMOIDT | tianzhanwangluokeji |
| 82 | DISMISSED | DISMISSED |
| 83 | amazon.com/sp?seller=ABVPYRPI6LQDU | xau sp |
| 84 | DISMISSED | DISMISSED |
| 85 | amazon.com/sp?seller=AGRCUKQJRQ2FT | YGArt79 |
| 86 | amazon.com/sp?seller=AFO1JI8V8XU8V | zengxianyong123 |
| 87 | amazon.com/sp?seller=A2B6QMJOYZ10RX | zhengwenyi123 |
| 88 | DISMISSED | DISMISSED |
| 89 | ebay.com/usr/abrjse | abrjse |
| 90 | ebay.com/usr/bingxu20 | bingxu20 |
| 91 | ebay.com/usr/chenjingtao | chenjingtao |
| 92 | ebay.com/usr/cutediy | cutediy |
| 93 | ebay.com/usr/duixiebaike | duixiebaike |
| 94 | DISMISSED | DISMISSED |
| 95 | ebay.com/usr/hefeicatashangmaoyouxiangongsi | hefeicatashangmaoyouxiangongsi |
| 96 | DISMISSED | DISMISSED |
| 97 | ebay.com/usr/shanxihualanyouyoushangmaoyouxiangongsi | shanxihualanyouyoushangmaoyouxiangongsi |
| 98 | ebay.com/usr/wenfu_76 | wenfu_76 |
| 99 | ebay.com/usr/zhijiangshiwanxiao0 | zhijiangshiwanxiao0 |
| 100 | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED |